PROB 12C
(7/93)

Report Date: July 1, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 01 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Lee Jennen          Case Number: 2:08CR00081-001

Last Known Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 03/24/2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 37 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: 03/03/2011 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: 03/02/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: Mr. Jennen has submitted four monthly report forms since the commencement of his supervision. He lists his residence location as _____ Washington.

On June 30, 2011, this officer conducted an unannounced home visit at the offender's reported residence of _____. Jason Jennen's niece, Brea Freeland, answered the door. She informed this officer of the following: "He stays here a few nights, but he has never lived here. He calls a lot, but I never see him."

Prob12C
Re: Jennen, Jason Lee
July 1, 2011
Page 2

3        **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On June 15, 2011, this officer instructed Mr. Jennen to contact the probation office on June 17, 2011. He was directed to provide his sister's full name, address, telephone number and date of birth to this officer, as this information would assist in conducting a home inspection at the sister's residence for the offender's proposed secondary residence.

On June 17, 2011, the offender did not contact this officer as instructed. As a result, a letter was sent to the offender directing him to report to the probation office on June 20, 2011.

Mr. Jennen reported to the probation office on June 20, 2011. He stated he would get his sister's full name and date of birth to the probation office. To date, he has not provided this information.

4        **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: On June 30, 2011, this officer received a document from Pioneer Human Services (PHS) indicating the offender was unsuccessfully discharged from treatment on June 28, 2011. The type of discharge is: "Not amenable to treatment."

It should be noted that this officer sent the offender a letter on June 23, 2011, directing him to report to PHS to meet with this officer and his chemical dependency counselor regarding his failure to attend treatment. Mr. Jennen never reported to PHS as directed by this officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/01/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

Prob12C
Re: Jennen, Jason Lee
July 1, 2011
Page 3

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_C._____ c. IMBROGNO US MJ_
Signature of Judicial Officer
For Judge Suko

_07-01-2011_
Date