PROB 12B  
(7/93)

Report Date: October 15, 2012

# United States District Court

## for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



OCT 16 2012

| | |
|---|---|
| Name of Offender: Jason Lee Jennen | Case Number: 2:08CR00081-001 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 03/24/2009 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) | Date Supervision Commenced: 03/03/2011 |
| Original Sentence: Prison - 37 Months; TSR - 36 Months | Date Supervision Expires: 03/02/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Jason Jennen has failed to maintain employment throughout the entire period of supervised release. In July 2012, Mr. Jennen claimed to the undersigned officer that he was enrolled in school. However, to date he has yet to provide proof of school enrollment, and recently reported that he now does not have the money to start school. On September 6, 2012, the undersigned officer contacted Mr. Jennen at another Federal offender's residence. On September 21, 2012, Mr. Jennen failed to report for substance abuse testing as directed. Further, on October 3, 2012, Mr. Jennen submitted a urine specimen which yielded initial positive findings for methamphetamine.

As evidenced above, Mr. Jennen is struggling to maintain compliance with the conditions of supervised release. Placement at a Residential Reentry Center (RRC) appears to be an appropriate sanction to address his noncompliance. Further, it will assist Mr. Jennen in securing employment, and will allow him to continue with substance abuse treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2012

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/16/12
Date