PROB 12C
(7/93)

Report Date: November 28, 2012

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason Lee Jennen | Case Number: 2:08CR00081-001 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge | |
| Date of Original Sentence: 3/24/2009 | |
| Original Offense: Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 37 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Matthew F. Duggan | Date Supervision Commenced: 3/3/2011 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: 3/2/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Jason Jennen submitted a urine specimen at Adept Assessment Center on October 18, 2012, which was confirmed positive for methamphetamine. |
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Jason Jennen submitted a urine specimen at the Spokane Residential Reentry Center (RRC) on November 12, 2012, which was confirmed positive for methamphetamine. Mr. Jennen submitted a second urine specimen at the RRC on November 27, 2012, which initially tested positive for methamphetamine, and has been submitted to the laboratory for confirmation. |

Prob12C
Re: Jennen, Jason Lee
November 28, 2012
Page 2

| | | |
|---|---|---|
| | 3 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. |

**Supporting Evidence**: Jason Jennen has failed to secure and maintain employment throughout the entire period of supervised release.

| | | |
|---|---|---|
| | 4 | **Special Condition # 19**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |

**Supporting Evidence**: On November 28, 2012, Jason Jennen was terminated from the Spokane Residential Reentry Center for violating program rules and continued drug use.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/28/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*(signed)*
Signature of Judicial Officer

November 28, 2012
Date