PROB 12C
(7/93)

Report Date: November 30, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 03 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Lee Jennen                Case Number: 2:08CR00081-001 LRS

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/24/2009

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 37 Months; TSR - 36 Months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Matthew F. Duggan |
| Defense Attorney: | Robert R. Fischer |

Date Supervision Commenced: 3/3/2011

Date Supervision Expires: 3/2/2014

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Jason Jennen failed to attend scheduled substance abuse treatment at Adept Assessment Center on November 29, 2012. |
| 6 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Jason Jennen failed to report for substance abuse testing as directed on November 28, 2012, at Adept Assessment Center. |

Prob12C
Re: Jennen, Jason Lee
November 30, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/30/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

_____
Signature of Judicial Officer

DEC 3 2012
Date