PROB 12C
(7/93)

Report Date: October 3, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 03 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Lee Jennen          Case Number: 0980 2:08CR00081-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 24, 2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison 37 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: June 4, 2013 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: July 3, 2015 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On September 30 and October 1, 2013, telephone messages were left for Mr. Jennen directing him to contact the undersigned officer. Further, a personal request was made on October 1, 2013, to the offender's roommates to advise Mr. Jennen that he needed to contact the probation office immediately. To date, Mr. Jennen has failed to contact the probation office as directed. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On October 1, 2013, contact was made with Carrie Smith and Bruce Peterson at 101 S. Havana # A-306, Mr. Jennen's last reported address. Said occupants informed the undersigned officer that Mr. Jennen had left the residence some time during the night of September 30, 2013, and has not returned. His current residence is unknown at this time. Mr. Jennen has not reported a change in address to the probation office. |

Prob12C
Re: Jennen, Jason Lee
October 3, 2013
Page 2

      3      **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

             **Supporting Evidence**: Mr. Jennen failed to attend outpatient substance abuse treatment as scheduled on September 30 and October 1, 2013.

      4      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

             **Supporting Evidence**: Mr. Jennen failed to submit to a random urinalysis as directed on October 1, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/03/2013

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/3/13
Date